PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Daneesha Canty      Cr.: 19-00704-003
     PACTS #: 5642483

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
                                              UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/13/2021

Original Offense:     Count One: Misprision of a Felony, 18 U.S.C. § 4, a Class E Felony

Original Sentence: 18 months probation

Special Conditions: Special Assessment, Substance Abuse Testing/Treatment Search/Seizure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment

Type of Supervision: Probation                                   Date Supervision Commenced: 10/13/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Ms. Canty violated the following special condition of probation: **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."** On October 21st, 2021 and December 6th, 2021 Ms. Canty submitted observed urinalyses at the Probation Office that yielded positive results for marijuana (THC). Ms. Canty admitted to smoking marijuana prior to both drug tests and signed admission of drug use forms each time. |

Prob 12A – page 2<br>Daneesha Canty

U.S. Probation Officer Action:

On October 21st, 2021 Ms. Canty submitted a urinalysis at the Newark Office during the probation intake visit that tested positive for marijuana (THC). She stated she smoked the weekend prior at her birthday celebration. Ms. Canty admitted to smoking marijuana and signed an admission of drug use form. On December 6th, 2021 Ms. Canty submitted a urinalysis during an office visit that yielded positive results for marijuana (THC). Ms. Canty admitted to smoking marijuana two days prior and stated she has been stressed and depressed about her living circumstances.  She informed the probation officer she needs treatment for her drug use and wants to start substance abuse treatment.

Ms. Canty was verbally reprimanded for using marijuana and we discussed consequences for continued illegal drug use and pro-social alternatives. The probation office will continue to monitor Ms. Canty with drug testing and notify the Court of any additional non-compliance. Ms. Canty will be referred for a substance abuse assessment at Integrity House, INC. located in Newark. We are respectfully requesting no court action be taken and allow this notice serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By:   DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:
*Elisa Martinez*           12/7/2021

ELISA MARTINEZ            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

Signature of Judicial Officer

December 8, 2021
Date