PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Daneesha Canty      Cr.: 19-00704-003
     PACTS #: 5642483

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
                                         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/13/2021

Original Offense:    Count One: Misprision of a Felony, 18 U.S.C. § 4, a Class E Felony

Original Sentence: 18 months probation

Special Conditions: Special Assessment, Substance Abuse Testing/Treatment Search/Seizure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment

Type of Supervision: Probation                                    Date Supervision Commenced: 10/13/2021

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Ms. Canty violated the following special condition of probation: |

         **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."**

         On April 1st, 2022, Ms. Canty submitted a urinalysis during her substance abuse treatment appointment which tested positive for marijuana (THC). The results have been confirmed positive by the national lab.

U.S. Probation Officer Action:
Ms. Canty was verbally reprimanded for using marijuana and the consequences for continued illegal drug use were discussed. Additionally, pro-social alternative responses to life stressors were discussed. Ms. Canty has maintained compliance with attendance and participation at her outpatient substance abuse treatment provider, Oaks Integrated Care located in Montclair, NJ. The U.S. Probation Office will continue to monitor Ms. Canty with drug testing and notify the Court of any additional non-compliance. We are respectfully requesting no Court action be taken and allow this notice serve as a written reprimand from the Court.

Prob 12A – page 2
Daneesha Canty

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: *Donovan K. Hammond*
DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

*Elisa Martinez*          4/25/22
ELISA MARTINEZ            Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

April 26, 2022
Date